**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Christopher Shawn Carr  
      Robyn Renee Carr  
              Debtor(s)

BK NO. 22-02012 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                                  Respectfully submitted,

/s/ *Michael Farrington*  
Michael Farrington  
21 Oct 2022, 09:40:17, EDT

        KML Law Group, P.C.  
        BNY Mellon Independence Center  
        701 Market Street, Suite 5000  
        Philadelphia, PA  19106  
        215-627-1322