Certificate Number: 15317-PAM-DE-036981714

Bankruptcy Case Number: 22-02012



15317-PAM-DE-036981714

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 16, 2022</u>, at <u>10:04</u> o'clock <u>AM PST</u>, <u>Christopher Carr</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 16, 2022</u>　　By: <u>/s/Janice Morla</u>

　　　　　　　　　　　　　　　Name: <u>Janice Morla</u>

　　　　　　　　　　　　　　　Title: <u>Counselor</u>