WITHDRAW OF Proof Of Claim

Dated:02/28/2023
Debtor: Christopher Shawn Carr and Robyn Renee Carr
Claim# 9
Case# 22-02012
Movant: Santander Bank, N.A.


Please withdraw #9 due to filing error.


_Michele Green_                          March 13, 2023
Michele Green                                    Date
Bankruptcy Administrator
Santander Bank, N.A.