UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                            CASE NO.: 22-02012
                                                                             CHAPTER 13

**Christopher Shawn Carr,**
    Debtor.

**Robyn Renee Carr,**
    Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of PNC BANK, NATIONAL ASSOCIATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

        **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
                      **13010 MORRIS ROAD, SUITE 450**
                          **ALPHARETTA, GA 30004**

                                                 Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                 Attorney for Secured Creditor
                                                 130 Clinton Rd #202
                                                 Fairfield, NJ 07004
                                                 Telephone: 470-321-7112
                                                 Facsimile: 404-393-1425

                                                 By: /s/Jordan Katz
                                                     Jordan Katz
                                                     Email: jkatz@raslg.com

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on December 22, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

CHRISTOPHER SHAWN CARR
5872 LAUREL STREET
HARRISBURG, PA 17112

ROBYN RENEE CARR
5872 LAUREL STREET
HARRISBURG, PA 17112

And via electronic mail to:

MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101

JACK N ZAHAROPOULOS
STANDING CHAPTER 13, (TRUSTEE), 8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE, 1501 N. 6TH ST
HARRISBURG, PA 17102

                By: /s/ Angela Zuelke